| CRIMINAL COMPLAINT | DISTRICT of ARIZONA |
|---|---|
| United States District Court<br>United States of America<br>v.<br>**Stephanie Gastelum**<br>DOB: xx-xx-1988; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>11-01647 M |
| Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about February 14, 2011, at or near Nogales, in the District of Arizona, **Stephanie Gastelum**, knowing and in reckless disregard of the fact that illegal aliens, including E. C. R., J. G. E., Sergio Diaz Torres, and Angel Estrada Miranda, had come to, entered and remained in the United States in violation of law, did harbor, or shield from detection such alien in any place, including any means of tranportation in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about February 14, 2011, the defendant, **Stephanie Gastelum**, was stopped in the southbound lane at the Deconcini Port of Entry in Nogales, Arizona. **Stephanie Gastelum** was driving a white 2010 Nissan Altima Hybrid rental car. She presented a US Passport. She had four passengers in the car, juveniles E. C. R., and G. E., as well as material witnesses Sergio Diaz Torres and Angel Estrada Miranda. The material witnesses are citizens of Mexico and did not possess any documents allowing them to be in the United States legally. The material witnesses admitted to entering the United States illegally for purposes of smuggling narcotics. They stated that after delivering the narcotics to Tucson, Arizona, they made arrangements with **Stephanie Gastelum**'s mother to be transported back to Mexico. After *Miranda*, **Stephanie Gastelum** stated she was instructed by her mother to transport all four subjects from Tucson, Arizona to Nogales, Sonora, Mexico. She admitted she knew the passengers were illegally in the Untied States. She further admits to being paid $20 from each of the material witnesses. Both material witnesses admitted to paying **Stephanie Gastelum** $20 for gas, and were going to pay an additional $100 to **Stephanie Gastlum** after she crossed them back into Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Sergio Diaz Torres and Angel Estrada Miranda

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA BCC | SIGNATURE OF COMPLAINANT<br>(official title)<br>Marco J. Estrada Jr.<br>OFFICIAL TITLE<br>US ~~Border Patrol~~ Customs + Border Protection |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 16, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54